```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CAPITAL FOUNDRY FUNDING, LLC,            :          26cv668(DLC)
                                         :
                      Plaintiff,         :             Order
          -v-                            :
                                         :
DGL GROUP LTD, et al.,                   :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on January 26, 2026 against defendants DGL Group LTD, Ezra Zaarafani, and Mark Nakash. Defendants waived service of the summons and plaintiff agreed to extend the time for defendants to appear and respond to the complaint until June 15, 2026. Neither Ezra Zaarafani nor Mark Nakash has appeared in this action. Accordingly, it is hereby

ORDERED that plaintiff shall file any motion for default judgment against defendants Ezra Zaarafani and Mark Nakash by **July 10, 2026.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on Ezra Zaarafani and Mark Nakash, and shall file proof of such service on ECF on or before **July**

**14, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **July 24, 2026** at **12:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of Ezra Zaarafani and Mark Nakash to appear will result in a default or a default judgment.

Dated:    New York, New York
          July 1, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge

2