UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CAPITAL FOUNDRY FUNDING, LLC, as
assignee of Quartix Finance Inc.,

               Plaintiff,              Case No.: 26-cv- 00668 (DLC)

              v.

DGL GROUP LTD, EZRA ZAAFARANI
AND MARK NAKASH,

               Defendants,
-------------------------------------------------------x

## ORDER FOR ENTRY OF CONSENT JUDGMENT
## PURSUANT TO FED. R. CIV. P. 54(b)

Upon Plaintiff's motion for entry of the Consent Judgment against Defendant DGL GROUP LTD and to sever claims against Defendants EZRA ZAAFARANI and MARK NAKASH, and there being no just reason for delay, it is hereby:

**ORDERED,** that the Clerk of Court shall enter the Consent Judgment against Defendant DGL GROUP LTD, in the form attached to Plaintiff's motion, in the amount of $1,362,952.24; and it is further

**ORDERED,** that judgment shall also be entered against Defendant DGL GROUP LTD for interest on the Consent Judgment in the amount of $253,102.52 and attorneys' fees and costs in the amount of $39,289.00.

**SO ORDERED.**

Dated: New York, New York
      July 1, 2026

                                     _____
                                     Hon. Denise Cote
                                     United States District Judge