**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CAPITAL FOUNDRY FUNDING, LLC,
as assignee of Quartix Finance Inc.,

Plaintiff,

26 **CIVIL** 0668 (DLC)

-against-

**RULE 54(b) JUDGMENT**

DGL GROUP LTD, EZRA ZAAFARANI
AND MARK NAKASH,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 1, 2026, Plaintiff's motion for entry of the Consent Judgment against Defendant DGL GROUP LTD and to sever claims against Defendants EZRA ZAAFARANI and MARK NAKASH, and there being no just reason for delay, the Consent Judgment is entered against Defendant DGL GROUP LTD, in the form attached to Plaintiff's motion, in the amount of $1,362,952.24; and it is further ORDERED, that judgment also entered against Defendant DGL GROUP LTD for interest on the Consent Judgment in the amount of $253,102.52 and attorneys' fees and costs in the amount of $39,289.00.

**Dated:** New York, New York
July 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**