UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

CAPITAL FOUNDRY FUNDING, LLC, as assignee of Quartix Finance Inc.,
Plaintiff,

v.

DGL GROUP LTD, EZRA ZAAFARANI AND MARK NAKASH,
Defendants,
---------------------------------------------------x

Case No.: 26-cv- 00668 (DLC)

**~~PROPOSED~~ ORDER FOR ENTRY OF CONSENT JUDGMENT PURSUANT TO FED. R. CIV. P. 54 (b)**

Upon Plaintiff's motion for a default judgment against Defendants Ezra Zaafarani and Murad Nakash (named herein and also known as Mark Nakash), and the parties having agreed to entry of a Consent Judgment:

**ORDERED,** that the Clerk of Court shall enter the Consent Judgment against Defendants EZRA ZAAFARANI AND MURAD NAKASH, in the form attached to this Order, in the amount of $1,688,247.6; and it if further

**ORDERED**, that the Clerk is directed to amend the caption of this case to:

> CAPITAL FOUNDRY FUNDING, LLC, as assignee of Quartix Finance Inc., Plaintiff,
>
> v.
>
> DGL GROUP LTD, EZRA ZAAFARANI AND MURAD NAKASH A/K/A/ MARK NAKASH, Defendants,

**SO ORDERED.**

Dated: July 24, 2026

Hon. Denise Cote
United States District Judge