EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

CAPITAL FOUNDRY FUNDING, LLC, as assignee of Quartix Finance Inc.,
Plaintiff,

v.

DGL GROUP LTD, EZRA ZAAFARANI AND MARK NAKASH,
Defendants,
--------------------------------------------------x

Case No.: 26-cv- 00668 (DLC)

**CONSENT JUDGMENT AGAINST EZRA ZAAFARANI AND MURAD NAKASH**

**RECITALS:**

A. Plaintiff commenced this action on or about January 26, 2026, to recover monies due and owing to them by Defendants under and pursuant to a certain Customer Agreement and a Guaranty.

B. The amount sought to be recovered by the Plaintiff in this action is the amount of $1,362,952.24, plus interest thereon and Plaintiff's reasonable attorneys' fees and expenses in connection with this action (the "Debt").

C. The Customer Agreement provides for interest to be paid on the Debt at the rate of 20.78% per annum.

D. Defendants waived service of process as indicated by the Waiver of the Service of Summons, dated February 27, 2026, executed by them and filed in this case (the "Waiver").

E. On July 14, 2026, judgment was entered in this action in favor of Plaintiff and against defendant DGL Group Ltd. ("DGL") in the amount of ONE MILLION SIX HUNDRED FIFTY-FIVE THOUSAND THREE HUNDRED FORTY-THREE AND 76/100 DOLLARS ($1,655,343.76, the "DGL Judgment").

F. Plaintiff has moved in this action for a default judgment against Ezra Zaafarani and Murad Nakash (together, the "Guarantors") in the amount of ONE MILLION SIX HUNDRED EIGHTY-EIGHT THOUSAND TWO HUNDRED FORTY-SEVEN AND 61/100 DOLLARS ($1,688,247.61) (the "Default Judgment Motion").

G. The Guarantors waive notice of any further proceedings in this matter (other than notice of the filing of this Consent Judgment) and consent to the entry of this Consent Judgment against them by this Court upon the terms set forth below.

**FINDINGS**

a) This Court has jurisdiction over the parties and the subject matter of this action.

b) Each of Plaintiff and the Guarantors agrees to entry of this Consent Judgment to settle and resolve all matters in this dispute arising from the conduct alleged against the Guarantors in the Complaint through the date this Consent Judgment is entered.

Case 1:26-cv-00668-DLC Document 37-1 Filed 07/24/26 Page 2 of 2

EXECUTION COPY

c) The Guarantors neither admit nor deny any allegations contained in the Complaint except as specifically stated in this Consent Judgment. For the purposes of this Consent Judgment, the Guarantors admit the facts necessary to establish the Court's jurisdiction over them and the subject matter of this action.

d) The Guarantors waive any right to seek judicial review or otherwise challenge or contest the validity of this Consent Judgment.

e) The Plaintiff is entitled to interest and attorneys' fees and costs as provided for in the Second Forbearance Agreement, which has been executed and delivered as of this date.

**ORDER GRANTING JUDGMENT**

1. Plaintiff shall have judgment against Ezra Zaafarani and Murad Nakash, jointly and severally, in the principal amount of ONE MILLION SIX HUNDRED EIGHTY-EIGHT THOUSAND TWO HUNDRED FORTY-SEVEN AND 61/100 DOLLARS ($1,688,247.61), less the aggregate amount of any Settlement Payments actually received by Plaintiff pursuant to the Second Forbearance Agreement; together with interest thereon at the rate of 20.78% per annum.

2. The Judgment includes Plaintiff's reasonable attorneys' fees and costs incurred in connection with this action in an amount to be determined by this Court following Plaintiff's submission of a sworn statement setting forth such attorneys' fees and costs.

3. This Court shall retain jurisdiction of this matter for purposes of construction, modification and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: July 23, 2026

Hon. Denise Cote
United States District Judge

7/24/26

**Consented and agreed to:**

**DGL PARTIES:**

Ezra Zaafarani, individually

Murad Nakash (aka Mark Nakash), individually

**PLAINTIFF:**
CAPITAL FOUNDRY FUNDING, LLC

By: ______________________
Thomas Donahue, President